IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRACEY DEWRELL,

     Appellant,

v.

TOM DEWRELL,
INDIVIDUALLY AND AS THE
PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF GEORGE L.
DEWRELL,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-611/1D13-4914

Opinion filed July 16, 2014.

An appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

Tracey Dewrell, pro se, Appellant.

Susan L. Kelsey of Kelsey Appellate Law Firm, P.A., Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ. CONCUR.